In the Matter of the Application of SCHUYLER COUNTY BOARD OF SUPERVISORS, Appellant, for the Condemnation of Lands for Highway Purposes.

ANNA VAN ZILE, Respondent.

(Argued December 4, 1931; decided January 5, 1932.)

*Arthur R. Ellison* for appellant.

*Charles H. Newman* for respondent.

Appeal dismissed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.